# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |
|---|---|---|

UNITED STATES

v.

JOSE ANGEL ZARAGOZA-MORA

**APPEARANCE**

Case Number:   07MJ2259

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

JOSE ANGEL ZARAGOZA-MORA

I certify that I am admitted to practice in this court. PRO HAC VICE.

| 9/20/2007 | /s/ LINDA LOPEZ |
|---|---|
| Date | Signature |

| Linda Lopez/ Federal Defenders of SD | 177301 |
|---|---|
| Print Name | Bar Number |

225 Broadway, Suite 900
Address

| San Diego, CA  92101 | | |
|---|---|---|
| City | State | Zip Code |

| (619) 234-8467 | (619) 687-2666 |
|---|---|
| Phone Number | Fax Number |

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: September 20, 2007                              /s/  Linda Lopez
                                                                         LINDA LOPEZ
                                                                         Federal Defenders of San Diego, Inc.
                                                                         225 Broadway, Suite 900
                                                                         San Diego, CA 92101-5030
                                                                         (619) 234-8467  (tel)
                                                                         (619) 687-2666  (fax)
                                                                         e-mail: Linda_Lopez@fd.org