AO 455(Rev. 5/85) Waiver of Indictment
___

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JOSE ZARAGOZA-MORA | CASE NUMBER: 07cr2894-JAH |

I, JOSE ZARAGOZA-MORA, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1326(a) and (b) - Attempted Entry After Deportation (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 10/18/2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Jose Angel Zaragoza Mora_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER

FILED
OCT 18 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY