FILED
DEC 17 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR2894JAH |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| | ) | (Superseding) |
| v. | ) | |
| | ) | Title 8, U.S.C., Sec. 1325 - |
| JOSE ZARAGOZA-MORA, | ) | Illegal Entry (Misdemeanor); |
| | ) | Title 8, U.S.C., Sec. 1325 - |
| Defendant. | ) | Illegal Entry (Felony) |
| | ) | |

The United States Attorney charges:

Count 1

On or about January 1998, within the Southern District of California, defendant JOSE ZARAGOZA-MORA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers; and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

//

//

JJO:es:San Diego
12/12/2007

<u>Count 2</u>

On or about September 18, 2007, within the Southern District of California, defendant JOSE ZARAGOZA-MORA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 12/17/07

KAREN P. HEWITT
United States Attorney

JOSEPH J.M. ORABONA
Assistant U.S. Attorney